**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                              **NO. 4:15-CR-00180 SWW**

**TONY DANIELS**

### ORDER

For the reasons set out below, Defendant's second Motion for Compassionate Release (*Doc. No. 180*) is DENIED.

On September 7, 2016,  Defendant pleaded guilty to one count of knowingly and intentionally possessing with intent to distribute and to distributing more than 50 grams of actual methamphetamine.[1]  On December 21, 2016, he was sentenced to 262 months in prison.[2]

Defendant seeks compassionate release because of his health conditions and COVID-19.   These are not "extraordinary and compelling" reasons for relief. Additionally, compassionate release is not warranted after consideration of the § 3553(a) factors--specifically the need for the sentence to reflect the severity of the

---

[1] Doc. Nos. 26, 27.

[2] Doc. Nos. 33, 34.

offense[3] and to protect the public from further crimes by Defendant.[4]

IT IS SO ORDERED this 18th day of May, 2022,

/s/Susan Webber Wright
UNITED STATES DISTRICT COURT

---

[3]Defendant's arrest resulted from multiple controlled buys of methamphetamine by a drug task force over several months in 2014.  He was responsible for delivering 86.63 grams of methamphetamine actual.

[4]Defendant has prior convictions for false imprisonment, escape, theft of services, aggravated assault, fraudulent use of a credit card, stealing a car, and distribution of methamphetamine (which the same behavior as the instant offence).  In fact, he committed the instant offense while on probation for an earlier conviction.