# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:15-CR-00180-SWW

TONY DANIELS

## ORDER

For the reasons set out below, Defendant's motion for sentence reduction (Doc. No. 194) is DENIED.

Since being sentenced in December 2016, Defendant has filed two motions for compassionate release[1] and four motions to reduce his sentence.[2] Now he's filed a seventh motion, which appears to be a hybrid compassionate release/reduction motion.

Defendant seeks a sentence reduction based on the disparity between methamphetamine actual and mixture, arguing that his base offense level would be lower if this newer policy argument were considered. However, "[t]he compassionate release statute is not a freewheeling opportunity for resentencing based on prospective changes in sentencing policy or philosophy."[3]

---

[1] Doc. No. 171, 180.

[2] Doc. Nos. 111, 114, 129, 162.

[3] *United States v. Crandall*, 25 F.4th 582, 586 (8th Cir. 2022).

Additionally, compassionate release is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense and to protect the public from further crimes by Defendant.

IT IS SO ORDERED, this 17th day of April, 2023.

 /s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
